Case 4:19-cr-00150-RSB-CLR   Document 351   Filed 01/30/24   Page 1 of 1

AO 247 (Rev. 11/23)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 4:19CR00150-2 |
| Dali Bagrou | ) |
| | ) USM No: 23221-021 |
| Date of Original Judgment: November 10, 2021 | ) |
| Date of Previous Amended Judgment: N/A | ) Joshua Sabert Lowther and Katryna Lyn Spearman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorneys* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___51 months___ **is reduced to** ___time served___.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___November 10, 2021___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  January 30, 2024

Effective Date:  February 1, 2024
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia